UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY A. ALBARRAN,

        Plaintiff,                  Case No. 1:06-CV-463

v.                                      Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
                                                       /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on July 11, 2007. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed July 11, 2007 (docket no. 13), is **APPROVED AND ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Commissioner's decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) for a re-evaluation of Plaintiff's claim consistent with the Report and Recommendation.

**This case is concluded**.


Dated: August 8, 2007                                                /s/ Gordon J. Quist
                                                                        GORDON J. QUIST
                                                             UNITED STATES DISTRICT JUDGE